In the Matter of the Application of BOGART CONTRACTING CORPORATION, Respondent, for an Order Directing BURNS BROTHERS, Appellant, to Arbitrate Certain Disputes and Differences Existing between Them.— Order granting

application for arbitration and appointing arbitrator affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.